IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA *
plaintiff, *
*
VS. *    CRIM. CASE NO. 97-229(JAF)
*
ALBERTO NEGRON CONSTANTINO *
defendant. *

RECEIVED AND FILED
2005 APR 21 PM 4:26
CLERK
US DISTRICT COURT
SAN JUAN, P.R.

MOTION REQUESTING THAT THE HONORABLE COURT ORDER THE BOP, TO MAKE ARRANGEMENTS WITH THE USPO TO ALLOW THE DEFENDANT TO SERVE THE REMAINING TIME OF HIS SENTENCE, IN HOME CONFINEMENT.

TO THE HONORABLE COURT:

1- The defendant above has been cooperating, with the US Government, for the past 8 years in the prosecution and convictions of mayor drug organizations.

2- On December 22, 2003, the defendant was re-sentenced under Rule 35(B) of the Federal Rules of Criminal Procedure, to a term of imprisonment of 108 months.

3- After the re-sentencing, the US Government, through AUSA Warren Vazquez and AUSA Ernesto Lopez, made contact with the defendant and asked the defendant to cooperate in case, US VS. JESUS POMALES PIZARRO, CRIM. CASE NO. 03-294(DRD).

4- The defendant agreed to cooperate with the US Government once again, but expressed his concern about losing the privilege of being out of prison earlier through the halfway house program.

5- AUSA Warren Vazquez and AUSA Ernesto Lopez, agreed to help the defendant with the remaining of his sentence, if he testified in the case described in the # 3 paragraph of this motion.

6- The defendant did testified in that case and even though the defense for the defendant was succesful when they strikeoff the defendant's testimony from the trial, he was exposed once again.

7- About two weeks ago, the defendant talked to AUSA Warren Vazquez about what was going to happen with his sentence after he testified and AUSA Vazquez expressed to the defendant that the defendant talk to his attorney Jhonny Rivera about requesting the Court to order the BOP to placed the defendant in Home Detention to serve the remaining of his sentence.

8- On April 19, 2005, the defendant talked to his attorney Jhonny Rivera about requesting a hearing, and attorney Rivera expressed his desire to represent, the defendant in the hearing if the Court agreed to view the same.

9- Defendant had been locked up for the past 8 years and had been cooperating, with the US Government about the same amount of time. He always been available, for any case in which the Government needed his testimony. He kept the promise that he made to this Court about cooperating in any near future if the Government request it.

10- Defendant's daughter, JELIBETH NEGRON, will graduate from 6th grade in May of this year, and the defendant will like to be present for the most important, thing in her life, which is, her first graduation. Defendant had promised her to be out by that date, because he thought he was going to be out working at the halfway house.

**WHEREFORE,** for the reasons explained above, the defendant requests that this Honorable Court order a hearing on this matter with the presence of AUSA Warren Vazquez, AUSA Ernesto Lopez and attorney Jhonny Rivera.

Respectfully submitted this 19 day of April 2005

*[signature]*
ALBERTO NEGRON CONSTANTINO