ALBERTO NEGRON CONSTANTINO
15303-069 4-C
METROPOLITAN DETENTION CENTER
P.O. BOX 2147
SAN JUAN, P.R. 00922



JOSE A. FUSTE,
US DISTRICT COURT CHIEF JUDGE
FEDERICO DEGETAU BLDG.
CARLOS CHARDON AVE. 350
HATO REY, P.R. 00918

"HOME DETENTION"